# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-60015
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
September 20, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Quintaurus S. Rule,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CR-37-1

---

Before Higginbotham, Jones, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Quintaurus S. Rule pleaded guilty to possession of a stolen firearm. He was sentenced above the guidelines range to 96 months of imprisonment and three years of supervised release. Rule argues on appeal that the district court exhibited a clear error of judgment when balancing the 18 U.S.C.

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-60015

§ 3553(a) sentencing factors and imposed a substantively unreasonable sentence.

We review for abuse of discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). An above-guidelines sentence is substantively unreasonable if it "(1) does not account for a factor that should have received significant weight, (2) gives significant weight to an irrelevant or improper factor, or (3) represents a clear error of judgment in balancing the sentencing factors." *United States v. Diehl*, 775 F.3d 714, 724 (5th Cir. 2015). Based on our review of the record, and in light of our deferential standard of review, we are not persuaded that the district court abused its discretion. *See Gall*, 552 U.S. at 51; *Diehl*, 775 F.3d at 724.

AFFIRMED.